**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL SAHAKIAN,<br><br>    Movant,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case Nos. **EDCV 12-01221-VAP**<br>            EDCR 02-00938-VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Petitioner's Motion for Relief Under 28 U.S.C. § 2255 is DENIED. The Court orders that such judgment be entered.

Dated:   August 23, 2013

                                      VIRGINIA A. PHILLIPS<br>
                                    United States District Judge